IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-31454
_____


CRESCENT CITY M DEALERSHIP, L.L.C.,
doing business as Crescent City Mazda,

                                              Plaintiff-Appellant,

                        versus

MAZDA MOTOR OF AMERICA, INC.,
doing business as Mazda North American
Operations,

                                              Defendant-Appellee.

Appeal from the United States District Court for
the Eastern District of Louisiana
(USDC No. 00-CV-1620-R)
_____
October 5, 2001

Before REAVLEY, HIGGINBOTHAM and PARKER, Circuit Judges.

PER CURIAM:[*]

       The judgment of the district court is affirmed for the reasons given by that court in

its order of September 21, 2000.

       AFFIRMED.

_____

       [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.